**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MEGAN FRIEND,**

        **Plaintiff,**

v.                                                 **Case No: 6:23-cv-360-PGB-EJK**

**KIDS CABANA LEARNING**
**CENTER OF VOLUSIA COUNTY**
**LLC and MICHELLE BONDI,**

        **Defendants.**

_____

**ORDER TO SHOW CAUSE**

This case is before the Court upon periodic review. The Complaint in this action was filed on **February 28, 2023**. Plaintiff has failed to effect proper service on **Michelle Bondi** within the 90 days allowed by Federal Rule of Civil Procedure 4(m) or as further extended by the Court.

Therefore, it is **ORDERED** that Plaintiff shall **SHOW CAUSE** within **fourteen (14)** days from the date of this Order why the Complaint against **Michelle Bondi** should not be dismissed for failure to comply with the Federal Rules of Civil Procedure 4(m). Failure to respond to this Order may result in dismissal of this case as to said Defendant without further notice from the Court.

**DONE** and **ORDERED** in Orlando, Florida, this 30th day of May 2023.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record